**CARVER PROGRESSIVE CLUB, a Michigan Non-Profit Corporation, individually, and for all its members as a Class, Plaintiff-Appellant,**

v.

**Louis C. MIRIANI, Mayor of the City of Detroit, et al., Defendants-Appellees.**

No. 14297.

United States Court of Appeals
Sixth Circuit.

Feb. 17, 1961.

Milton R. Henry, Emmett J. Traylor, Pontiac, Mich., on brief, for appellant.

Edward M. Welch, Detroit, Mich., Nathaniel H. Goldstick, Corporation Counsel, Robert D. McClear, Asst. Corporation Counsel, Detroit, Mich., on brief, for appellees.

Before McALLISTER, Chief Judge, and WEICK and O'SULLIVAN, Circuit Judges.

ORDER.

The above cause coming on to be heard upon the record, the briefs of the parties, and the argument in open court of counsel for appellees, and the court being duly advised,

Now, therefore, it is ordered, adjudged and decreed that the judgment of the District Court be and is hereby affirmed on the opinion of Judge Thornton. 192 F.Supp. 825.

**Burnice Howard DUNN and Martha Lee Brown Dunn, Appellants,**

v.

**UNITED STATES of America, Appellee.**

No. 18738.

United States Court of Appeals
Fifth Circuit.

April 21, 1961.

Burnice H. Dunn, in pro. per.

J. Robert Sparks, W. C. O'Kelley, Asst. U. S. Attys., Charles D. Read, Jr., U. S. Atty., Atlanta, Ga., for appellee.

Before JONES and BROWN, Circuit Judges, and CONNALLY, District Judge.

PER CURIAM.

All the matters complained of by petitioner in this 28 U.S.C.A. § 2255 proceeding are of the kind which may be reached only by appeal from the initial conviction. They are not reviewable under § 2255. Schmidt v. United States, 5 Cir., 1961, 286 F.2d 11; Aeby v. United States, 5 Cir., 1959, 267 F.2d 540; Moss v. United States, 5 Cir., 1959, 263 F.2d 615; Cawley v. United States, 5 Cir., 1958, 251 F.2d 461; McCreary v. United States, 5 Cir., 1957, 249 F.2d 433; Arthur v. United States, 5 Cir., 1956, 230 F.2d 666; Masi v. United States, 5 Cir., 1955, 222 F.2d 132; cf. United States v. Williamson, 5 Cir., 1958, 255 F.2d 512.

Affirmed.